UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| J. BERNABE NUNEZ GUZMAN,<br><br>Petitioner,<br><br>v.<br><br>DHS, IMMIGRATION REVIEW,<br><br>Respondent. | No. 1:20-CV-00076-H |

### ORDER

Petitioner J. Bernabe Nunez Guzman, an immigration detainee proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 seeking release from detention. Petitioner was detained in the Bluebonnet Detention Center, within the jurisdiction of this Court, when he filed the original petition.

Respondent filed a response along with relevant records showing that Petitioner was removed from the country on July 14, 2020. Petitioner filed a reply. The Court has reviewed Petitioner's pleadings and Respondent's response with the attached records.

Based upon the facts and the law set forth in Respondent's response, the Court finds that Petitioner's petition for writ of habeas corpus was rendered moot by his release from detention. The petition is denied and dismissed with prejudice.

So ordered.

The Court will enter judgment accordingly.

Dated October 16, 2020.

_____
JAMES WESLEY HENDRIX
United States District Judge